United States District Court
Southern District of Texas

**ENTERED**
January 30, 2020
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| **JESSICA CASEY and JASON COLEMAN,** on behalf of the RVNB Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>                **Plaintiffs,**<br><br>v.<br><br>**RELIANCE TRUST COMPANY,** a Georgia corporation,<br><br>                **Defendant.** | **Case No. Sherman 4:18-CV-00424-ALM**<br>**Case No. Houston 4:19-cv-2439** |

## ORDER GRANTING
## JOINT MOTION TO STAY PROCEEDINGS

After considering the Parties' *Joint Motion to Stay Proceedings*, the Court:

GRANTS the Parties' *Joint Motion to Stay Proceedings*;

ORDERS that all current and remaining deadlines are vacated and the case is stayed for 60 days; and

ORDERS that the parties file their motion for preliminary approval of class settlement by March 13, 2020.

JAN 3 0 2020