United States District Court
Southern District of Texas
**ENTERED**
January 30, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: Subpoena to STOUT RISIUS ROSS, LLC | |
| JESSICA CASEY and JASON COLEMAN, on behalf of the RVNB Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated, v. RELIANCE TRUST COMPANY, No. 4:18-cv-00424-ALM (E.D. Tex.) | Misc. Action No. 4:19-mc-02439 |

### ORDER DENYING MOTION TO COMPEL AS MOOT

The Court having received notice from counsel, unopposed by counsel for the movant, that the underlying case has settled, will dismiss the above captioned motion as moot. It is therefore:

ORDERED that the above captioned motion to compel is dismissed as MOOT.

Signed and entered this **JAN 3 0 2020** day of January, 2020.

_____
HONORABLE JUDGE ALFRED H. BENNETT